### 337.  THOMPSON v. BECHAM.

POWELL, J. 1. While the answer of the trial magistrate to a writ of certiorari must verify the fact that a final judgment has been rendered, yet an answer which merely verifies the rendition of a final judgment, without more, is entirely insufficient, where the certiorari is brought to correct errors in the proceedings which were had at the trial, and upon which such judgment was rendered.

2. Allegations in the petition for certiorari, not verified by the answer, are not to be taken as admitted, and present nothing for determination, either by the superior or the appellate court. *Landrum* v. *Moss*, 1 *Ga. App.* 216, 57 S. E. 96 ; *Little* v. *Fort Valley*, 123 *Ga.* 503, 51 S. E. 501; *Brown* v. *Gainesville*, 125 *Ga.* 230, 53 S. E. 1002.

*Judgment reversed.*

Certiorari, from Pike superior court—Judge Reagan.    October 12, 1906.

Argued May 7,—Decided May 24, 1907.

*G. D. Dominick*, for plaintiff.

*J. M. Smith*, for defendant.